August 31, 2006

Mr. Clay E. Coalson
Donnell, Abernethy & Kieschnick
Tower II - Suite 400
555 N. Carancahua
Corpus Christi, TX 78478
Mr. Jose E. Garcia
Garcia & Villarreal, LLP
4311 N. McColl
McAllen, TX 78504

RE: Case Number: 05-0764
 Court of Appeals Number: 13-02-00290-CV
 Trial Court Number: C-3928-99-A

Style: LMB, LTD.
 v.
 ROSA MARIA MORENO, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause. Pursuant to Texas Rule
of Appellate Procedure 59.1, after granting the petition for review and
without hearing oral argument, the Court reverses the court of appeals'
judgment and renders judgment. Respondent's motion for extension of time
to file brief on the merits is granted.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Omar |
| |Guerrero |
| |Ms. Cathy |
| |Wilborn |